IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEMARIO WALKER, L1625                                                                                    PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 2:17-cv-66 KS-MTP

JACQUALINE BANKS AND
RONALD KING                                                                                            DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on October 17, 2017, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Motion to Dismiss [12] is hereby DENIED.

SO ORDERED this the ___9th___ day of November, 2017

　　　　　　　　　　　　　　　　　　　　　　　___s/Keith Starrett_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE